

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 08-30315
USDC No. 2:06-CV-10810

GERALD JOSEPH

                      Plaintiff-Appellant

v.

DARRELL DYKES, Captain at Rayburn Correctional Center; JERRY YOUNG, Classification Officer at Rayburn Correctional Center; VERNON SMITH, Lieutenant at Rayburn Correctional Center

                      Defendants-Appellees

Appeals from the United States District Court
for the Eastern District of Louisiana

O R D E R:

Gerald Joseph, Louisiana prisoner # 307539, has filed a pro se motion for leave to proceed in forma pauperis (IFP) in his appeal of the district court's dismissal of his 42 U.S.C. § 1983 complaint. The district court determined that Joseph had failed to state a constitutional claim of retaliation or a claim of a First Amendment violation, and it granted summary judgment against Joseph. The district court denied Joseph's motion to proceed IFP on appeal after certifying that his appeal was not taken in good faith.

By moving for IFP status, Joseph is challenging the district court's certification that his appeal is not taken in good faith. *See Baugh v. Taylor*, 117 F.3d 197, 202 (5th Cir. 1997). Joseph argues in his IFP motion that the district

No. 08-30315

court erred in determining that he had not stated a claim of a violation of his First Amendment right to free speech. He argues that the district court used the wrong standard in analyzing his First Amendment claim. Joseph maintains that a letter he wrote to the attorney of a fellow inmate named Donald Vicks was protected First Amendment activity. He therefore argues that the confiscation of the letter, which was written to an outside audience, violated his right to free speech.

Joseph has shown that his appeal is not taken in bad faith. The appeal raises the nonfrivolous issues whether, under the circumstances of this case, Joseph's correspondence constitutes protected First Amendment activity and whether its confiscation was unconstitutional. *See Thornburgh v. Abbott*, 490 U.S. 401, 411-13 (1989). Joseph's IFP motion is GRANTED. The clerk of this court is DIRECTED to include the appellees in the briefing schedule so that they may file briefs addressing the issues raised by Joseph.

RHESA H. BARKSDALE
UNITED STATES CIRCUIT JUDGE

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
New Orleans, Louisiana             MAR 18 2009
Deputy

2

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. (504) 310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130
www.ca5.uscourts.gov

March 18 2009

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 08-30315  Joseph v. Dykes, et al
    USDC No. 2:06-CV-10810
    USDC No. 2:06-CV-10810

Enclosed is an order entered in this case.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Nancy F. Dolly, Deputy Clerk
504-310-7683

Mr. Gerald Joseph
Ms. Jennifer M Medley
Ms. Micheal Leslie Penn
Ms. Loretta Whyte
Ms. Rose Polito Wooden

P.S.    To Ms. Medley: Your appellees' brief is to be filed in this office within 30 days from the date of this order, or by not later than April 17, 2009.

Form Name: Motion Notice - MOT2 (!npman)