UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GERALD JOSEPH | CIVIL ACTION |
| VERSUS | NO. 06-10810 |
| DARRELL DYKES ET AL. | SECTION "S" (2) |

### ORDER

This matter has been remanded to this court for further proceedings by order of the United States Court of Appeals for the Fifth Circuit. Accordingly,

**IT IS ORDERED** that a status conference by telephone is **SCHEDULED** before Magistrate Judge Joseph C. Wilkinson, Jr., on **APRIL 20, 2010 at 10:30 a.m.** to schedule further proceedings, if appropriate, and to discuss settlement possibilities.

The magistrate judge's office will initiate the conference call. The Clerk is directed to send a copy of this order to the Warden of the J. Levy Dabadie Correctional Center in Pineville, Louisiana. **The Warden is directed to have plaintiff, GERALD JOSEPH #307539, made available by telephone for the conference.**

New Orleans, Louisiana, this   30th   day of March, 2010.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

_____
**CLERK TO NOTIFY PLAINTIFF
AT THE FOLLOWING ADDRESS:**

**GERALD JOSEPH #307539
J. LEVY DABADIE CORRECTIONAL CENTER
1453 15TH STREET
PINEVILLE, LA 71360**

**AND**

**WARDEN
J. LEVY DABADIE CORRECTIONAL CENTER
1453 15TH STREET
PINEVILLE, LA 71360**

**AND**

**DOUGLAS SWENSON
STATE OF LOUISIANA
DEPARTMENT OF JUSTICE
1885 N. 3RD STREET
BATON ROUGE, LA 70802**