# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **GERALD JOSEPH** | : | **CIVIL ACTION** |
| | : | |
| **VS.** | : | **NO. 06-cv-10810** |
| | : | |
| **DARRELL DYKES, ET AL.** | : | **Hon. Mary Ann Vial Lemmon** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*    **Hon. Mag. Joseph C. Wilkinson, Jr.**

### *EX PARTE* MOTION TO WITHDRAW, SUBSTITUTE, AND ENROLL COUNSEL OF RECORD

NOW INTO COURT, come Defendants through the undersigned Assistant Attorney General, who respectfully represents:

That movers desire to have Assistant Attorney General Douglas G. Swenson substituted for Assistant Attorneys General Rose P. Wooden and (Ms.) Michéal L. Penn and formally enrolled as counsel of record for them in the above-captioned matter. The basis of the instant Motion is Assistant Attorneys General Rose P. Wooden and (Ms.) Michéal L. Penn's departure of the Department of Justice.

WHEREFORE, premises considered, movers pray Assistant Attorneys General Rose P. Wooden and (Ms.) Michéal L. Penn be substituted/withdrawn and Assistant Attorney General Douglas G. Swenson be enrolled/entered into the record of this Honorable Court as trial counsel for Defendants in the above-captioned matter.

Respectfully submitted,

**JAMES D. "BUDDY" CALDWELL
ATTORNEY GENERAL**

BY:   <u>s/ Douglas G. Swenson</u>
Douglas G. Swenson (28773)
Assistant Attorney General

Louisiana Dept. of Justice
Litigation Division
1885 N. 3rd Street, 4th Floor
P.O. Box 94005
Baton Rouge, LA 70802
Telephone:   (225) 326-6300
Facsimile:   (225) 326-6495

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing ***EX PARTE* MOTION TO WITHDRAW, SUBSTITUTE, AND ENROLL** has been electronically filed with the Clerk of Court – United States District Court for the Eastern District of Louisiana. Additionally, a copy of said <u>Motion</u> has been mailed to Plaintiff via the United States Postal Service postage prepaid and properly addressed this April 1, 2010.

Gerald Joseph # 307539
J. Levy Dabadie Correctional Center
1453 15TH Street
Pineville, Louisiana 71360

<u>s/ Douglas G. Swenson</u>
Douglas G. Swenson, (28773)