# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| GERALD JOSEPH | : | CIVIL ACTION |
| | : | |
| VS. | : | NO. 06-cv-10810 |
| | : | |
| DARRELL DYKES, ET AL. | : | Hon. Mary Ann Vial Lemmon |
| | | Hon. Mag. Joseph C. Wilkinson, Jr. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER GRANTING *EX PARTE* MOTION TO WITHDRAW, SUBSTITUTE, AND ENROLL COUNSEL OF RECORD

CONSIDERING THE FOREGOING ***EX PARTE* MOTION TO WITHDRAW, SUBSTITUTE, AND ENROLL COUNSEL OF RECORD** filed by Assistant Attorneys Douglas G. Swenson in the above-captioned matter,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that said ***EX PARTE* MOTION TO WITHDRAW, SUBSTITUTE, AND ENROLL COUNSEL OF RECORD** is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED the Clerk of Court for the United States District Court, Eastern District of Louisiana, is hereby instructed to remove Assistant Attorneys General Rose P. Wooden and (Ms.) Michéal L. Penn from and enter Mr. Douglas G. Swenson into the record of the Court as counsel for the Defendants in the above-captioned matter.

THUS DONE and SIGNED this 5th day of April 2010, at New Orleans, Louisiana.

_____
Magistrate, United States District Court
Eastern District of Louisiana