UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GERALD JOSEPH | CIVIL ACTION |
| VERSUS | NO. 06-10810 |
| DARRELL DYKES ET AL. | SECTION "S" (2) |

## ORDER

The parties have filed a joint motion to dismiss this matter based upon a settlement agreement.  Record Doc. No. 47.  Accordingly,

**IT IS ORDERED** that the status conference previously set in this matter before me on April 20, 2010, is hereby CANCELLED.

The Clerk is directed to send a copy of this order to the Warden of the J. Levy Dabadie Correctional Center in Pineville, Louisiana.  **The Warden is hereby notified that plaintiff, GERALD JOSEPH #307539, need **not** be made available for the conference on April 20, 2010, and the court's previous order requiring the Warden to make him available by telephone on that date, Record Doc. No. 44, is hereby VACATED.**

New Orleans, Louisiana, this   19th   day of April, 2010.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY ALL PARTIES**

**AND**

**WARDEN
J. LEVY DABADIE CORRECTIONAL CENTER
1453 15TH STREET
PINEVILLE, LA 71360**